IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher A. Miller,

    Plaintiff(s),

vs.

Ohio Department of Rehab & Correction, et al.,

    Defendant(s),

Case Number: 1:20cv597

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 5, 2020, a Report and Recommendation (Doc. 12). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(3)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Plaintiff is therefore DENIED leave to appeal *in form pauperis*. *See McGore v Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court